**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. CLAIBORNE ) | |
| ) | Civil No. CV 06-02012 CW |
| Plaintiff(s), ) | |
| (Petitioner) ) | |
| -V- ) | ORDER RE APPEAL IN |
| ) | FORMA PAUPERIS |
| CORRECTIONAL OFFICER STEVENS ) | |
| Defendant(s), ) | |
| (Respondent) ) | |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby  X  GRANTED

IT IS SO ORDERED.

DATED:   11/5/07

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

          Plaintiff,

v.

CORRECTIONAL OFFICER STEVENS et al,

          Defendant.

Case Number: CV06-02012 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis Gerald Claiborne E-91198
Facility A Bldg. #2-132L
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: November 5, 2007

          Richard W. Wieking, Clerk
          By: Lisa R. Clark, Deputy Clerk